# EXHIBIT I

# INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device
# INFUSE® Bone Graft/INTER FIX™ Threaded Fusion Device
# INFUSE® Bone Graft/INTER FIX™ RP Threaded Fusion Device – Reduced Profile
# Important Medical Information

**Caution:** Federal (USA) law restricts this device to sale by or on the order of a physician with appropriate training.

06/2009



IN USA
Customer Service Division    Telephone:  800-933-2635
Medtronic Sofamor Danek USA              or  901-396-3133
1800 Pyramid Place          Telefax:    901-396-0356
Memphis, Tennessee  38132
USA

Supplied by
Medtronic Sofamor Danek USA, Inc.

The following contains important medical information on the use of INFUSE® Bone Graft with a variety of Medtronic metallic interbody fusion cages. These interbody fusion devices include the LT-CAGE® Lumbar Tapered Fusion Device, the INTER FIX™ Threaded Fusion Device, and the INTER FIX™ RP Threaded Fusion Device. Hereafter in this insert, these cages will be referred to collectively as Medtronic Titanium Threaded Interbody Fusion Devices.

## DESCRIPTION
The INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device consists of two components containing three parts– a metallic spinal fusion cage, a recombinant human bone morphogenetic protein and a carrier/ scaffold for the bone morphogenetic protein and resulting bone. The INFUSE® Bone Graft component is inserted into the Medtronic Titanium Threaded Interbody Fusion Device component to form the complete INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device. **These components must be used as a system for the prescribed indication described below. The bone morphogenetic protein solution component must not be used without the carrier/scaffold component or with a carrier/scaffold component different from the one described in this document. The INFUSE® Bone Graft component must not be used without the Medtronic Titanium Threaded Interbody Fusion Device component.**

### Medtronic Titanium Threaded Interbody Fusion Device Component
**LT-CAGE® Lumbar Tapered Fusion Device**
The LT-CAGE® device consists of a hollow, perforated, machined cylinder with opposing flat sides. The cage has a tapered design with an angle of 8.8° and is available in diameters ranging from 14mm to 18mm at the narrow end of the taper, 17mm to 22 mm at the wide end of the taper and in lengths ranging from 20mm to 26mm. There are two holes on each of the two flat sides. On each of the two rounded aspects, there is a single rounded slot. The implants have a helical screw thread on the outer surface. One end of the device is closed. The other end is open to be filled with the INFUSE® Bone Graft component.

The LT-CAGE® implants are made from implant grade titanium alloy (Ti-6Al-4V) described by such standards as ASTM F136 or its ISO equivalent.

The LT-CAGE® Lumbar Tapered Fusion Device component is sold separately from the INFUSE® Bone Graft component, however, these two components must be used together. The package labeling for the LT-CAGE® Lumbar Tapered Fusion Device contains complete product information for this component.

**INTER FIX™ Threaded Fusion Device**
The INTER FIX™ device consists of a hollow, perforated, cylinder with parallel sides and an endcap. The cage is available in diameters ranging from 12mm to 24mm and in lengths ranging from 20mm to 29mm. The endcaps of the INTER FIX™ cages are sized according to the diameter of the cylinders and are applied to the open end of the cylinders after they are filled with INFUSE® Bone Graft.

The INTER FIX™ Threaded Fusion Device implants are made from implant grade titanium alloy (Ti-6Al-4V) described by such standards as ASTM F136 or its ISO equivalent.

The INTER FIX™ Threaded Fusion Device component is sold separately from the INFUSE® Bone Graft component, however, these two components must be used together. The package labeling for the INTER FIX™ Threaded Fusion Device contains complete product information for this component.

**INTER FIX™ RP Threaded Fusion Device**
The INTER FIX™ RP device consists of a hollow, perforated, cylinder with a single, large, outer radiused groove along the entire longitudinal axis that extends into the inside diameter of the device. Both ends of the INTER FIX™ RP implant are closed. The cage is available in diameters ranging from 12mm to 24mm and in lengths ranging from 20mm to 29mm.

The INTER FIX™ RP Threaded Fusion Device implants are made from implant grade titanium alloy (Ti-6Al-4V) described by such standards as ASTM F136 or its ISO equivalent.

The INTER FIX™ RP Threaded Fusion Device component is sold separately from the INFUSE® Bone Graft component, however, these two components must be used together. The package labeling for the INTER FIX™ RP Threaded Fusion Device contains complete product information for this component.

**NOTE: The INTER FIX™ Threaded Fusion Device and the INTER FIX™ RP Threaded Fusion Device may be used together to treat a spinal level. LT-CAGE® Lumbar Tapered Fusion Device implants are not to be used in conjunction with either the INTER FIX™ OR INTER FIX™ RP implants to treat a spinal level.**

### INFUSE® Bone Graft Component
INFUSE® Bone Graft consists of recombinant human Bone Morphogenetic Protein-2 (rhBMP-2), known as dibotermin alfa) placed on an absorbable collagen sponge (ACS). The INFUSE® Bone Graft component induces new bone tissue at the site of implantation. Based on data from non-clinical studies, the bone formation process develops from the outside of the implant towards the center until the entire INFUSE® Bone Graft component is replaced by trabecular bone.

rhBMP-2 is the active agent in the INFUSE® Bone Graft component. rhBMP-2 is a disulfide-linked dimeric protein molecule with two major subunit species of 114 and 131 amino acids. Each subunit is glycosylated at one site with high-mannose-type glycans. rhBMP-2 is produced by a genetically engineered Chinese hamster ovary cell line.

rhBMP-2 and excipients are lyophilized. Upon reconstitution, each milliliter of rhBMP-2 solution contains: 1.5 mg of rhBMP-2; 5.0 mg sucrose, NF; 25 mg glycine, USP; 3.7 mg L-glutamic acid, FCC; 0.1 mg sodium chloride, USP; 0.1 mg polysorbate 80, NF; and 1.0 mL of sterile water. The reconstituted rhBMP-2 solution has a pH of 4.5, and is clear, colorless and essentially free from plainly visible particulate matter.

The ACS is a soft, white, pliable, absorbent implantable matrix for rhBMP-2. ACS is made from bovine Type I collagen obtained from the deep flexor (Achilles) tendon. The ACS acts as a carrier for the rhBMP-2 and acts as a scaffold for new bone formation.

Various sizes of the INFUSE® Bone Graft kit are available based on the internal volume of the Medtronic Titanium Threaded Interbody Fusion Device component that is selected. The tables below list the appropriate INFUSE® Bone Graft kit for the corresponding Medtronic Titanium Threaded Interbody Fusion Device component size:

| INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device Combinations | | | |
|---|---|---|---|
| LT-CAGE® Lumbar Tapered Fusion Device | | Appropriate INFUSE® Bone Graft Kit | |
| Part # | Size (lead diameter, mm x length, mm) | Part # | Kit name (size in cc) | Reconstituted rhBMP-2/ACS graft volume |
| 8941420 | 14x20 | 7510200 | Small (2.8) | 2.8ml |
| 8941423 | 14x23 | 7510200 | Small (2.8) | 2.8ml |
| 8941620 | 16x20 | 7510200 | Small (2.8) | 2.8ml |
| 8941623 | 16x23 | 7510400 | Medium (5.6) | 5.6ml |
| 8941626 | 16x26 | 7510400 | Medium (5.6) | 5.6ml |
| 8941823 | 18x23 | 7510400 | Medium (5.6) | 5.6ml |
| 8941826 | 18x26 | 7510600 | Large Pre-Cut (8.0) | 8.0ml |
| 8941826 | 18x26 | 7510800 | Large II (8.0) | 8.0ml |

| INFUSE® Bone Graft/INTER FIX™ Threaded Fusion Device (Dual INTER FIX™ Devices) | | | | |
|---|---|---|---|---|
| INTER FIX™ Threaded Fusion Device | | Appropriate INFUSE® Bone Graft Kit | | |
| Part # | Size (diameter, mm X length, mm) | Part # | Kit name (size in cc) | Reconstituted rhBMP-2/ACS graft volume |
| 890120 | 12x20 | 7510200 | Small (2.8) | 2.8ml |
| 890125 | 12x25 | 7510200 | Small (2.8) | 2.8ml |
| 890140 | 14x20 | 7510200 | Small (2.8) | 2.8ml |
| 890143 | 14x23 | 7510200 | Small (2.8) | 2.8ml |
| 890146 | 14x26 | 7510200 | Small (2.8) | 2.8ml |
| 890149 | 14x29 | 7510200 | Small (2.8) | 2.8ml |
| 890160 | 16x20 | 7510200 | Small (2.8) | 2.8ml |
| 890163 | 16x23 | 7510200 | Small (2.8) | 2.8ml |
| 890166 | 16x26 | 7510400 | Medium (5.6) | 5.6ml |
| 890169 | 16x29 | 7510400 | Medium (5.6) | 5.6ml |
| 890180 | 18x20 | 7510400 | Medium (5.6) | 5.6ml |
| 890183 | 18x23 | 7510400 | Medium (5.6) | 5.6ml |
| 890186 | 18x26 | 7510400 | Medium (5.6) | 5.6ml |
| 890189 | 18x29 | 7510400 | Medium (5.6) | 5.6ml |
| 890200 | 20x20 | 7510400 | Medium (5.6) | 5.6ml |
| 890203 | 20x23 | 7510400 | Medium (5.6) | 5.6ml |
| 890206 | 20x26 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890209 | 20x29 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890220 | 22x20 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890223 | 22x23 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890240 | 24x20 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |

\* May be either the Large (Pre-Cut) or Large II Kit

| INFUSE® Bone Graft/INTER FIX™ and INTER FIX™ RP Threaded Fusion Device Combinations (INTER FIX™ RP Device with INTER FIX™ Device) | | | | |
|---|---|---|---|---|
| INTER FIX™ and INTER FIX™ RP Threaded Fusion Devices | | Appropriate INFUSE® Bone Graft Kit | | |
| Part # of INTER FIX™ Devices** | Size (diameter, mm X length, mm) | Part # | Kit name (size in cc) | Reconstituted rhBMP-2/ACS graft volume |
| 890120 | 12x20 | 7510200 | Small (2.8) | 2.8ml |
| 890125 | 12x25 | 7510200 | Small (2.8) | 2.8ml |
| 890140 | 14x20 | 7510200 | Small (2.8) | 2.8ml |
| 890143 | 14x23 | 7510200 | Small (2.8) | 2.8ml |
| 890146 | 14x26 | 7510200 | Small (2.8) | 2.8ml |
| 890149 | 14x29 | 7510200 | Small (2.8) | 2.8ml |
| 890160 | 16x20 | 7510200 | Small (2.8) | 2.8ml |
| 890163 | 16x23 | 7510200 | Small (2.8) | 2.8ml |
| 890166 | 16x26 | 7510400 | Medium (5.6) | 5.6ml |
| 890169 | 16x29 | 7510400 | Medium (5.6) | 5.6ml |
| 890180 | 18x20 | 7510400 | Medium (5.6) | 5.6ml |
| 890183 | 18x23 | 7510400 | Medium (5.6) | 5.6ml |
| 890186 | 18x26 | 7510400 | Medium (5.6) | 5.6ml |
| 890189 | 18x29 | 7510400 | Medium (5.6) | 5.6ml |
| 890200 | 20x20 | 7510400 | Medium (5.6) | 5.6ml |
| 890203 | 20x23 | 7510400 | Medium (5.6) | 5.6ml |
| 890206 | 20x26 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890209 | 20x29 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890220 | 22x20 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890223 | 22x23 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890226 | 22x26 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890229 | 22x29 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890240 | 24x20 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 890243 | 24x23 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |

\* May be either the Large (Pre-Cut) or Large II Kit
\*\* The INTER FIX™ Threaded Fusion Device should be used with the corresponding size of the INTER FIX™ RP Threaded Fusion Device

| INFUSE® Bone Graft/INTER FIX™ RP Threaded Fusion Device Combinations (Dual INTER FIX™ RP Devices) | | | | |
|---|---|---|---|---|
| INTER FIX™ RP Threaded Fusion Device | | Appropriate INFUSE® Bone Graft Kit | | |
| Part # | Size (diameter, mm X length, mm) | Part # | Kit name (size in cc) | Reconstituted rhBMP-2/ACS graft volume |
| 9011221 | 12x20 | 7510200 | Small (2.8) | 2.8ml |
| 9011225 | 12x25 | 7510200 | Small (2.8) | 2.8ml |
| 9011420 | 14x20 | 7510200 | Small (2.8) | 2.8ml |
| 9011423 | 14x23 | 7510200 | Small (2.8) | 2.8ml |
| 9011426 | 14x26 | 7510200 | Small (2.8) | 2.8ml |
| 9011429 | 14x29 | 7510200 | Small (2.8) | 2.8ml |
| 9011620 | 16x20 | 7510200 | Small (2.8) | 2.8ml |
| 9011623 | 16x23 | 7510200 | Small (2.8) | 2.8ml |
| 9011626 | 16x26 | 7510400 | Medium (5.6) | 5.6ml |
| 9011629 | 16x29 | 7510400 | Medium (5.6) | 5.6ml |
| 9011820 | 18x20 | 7510400 | Medium (5.6) | 5.6ml |
| 9011823 | 18x23 | 7510400 | Medium (5.6) | 5.6ml |
| 9011826 | 18x26 | 7510400 | Medium (5.6) | 5.6ml |
| 9011829 | 18x29 | 7510400 | Medium (5.6) | 5.6ml |
| 9012020 | 20x20 | 7510400 | Medium (5.6) | 5.6ml |
| 9012023 | 20x23 | 7510400 | Medium (5.6) | 5.6ml |
| 9012026 | 20x26 | 7510400 | Medium (5.6) | 5.6ml |
| 9012029 | 20x29 | 7510400 | Medium (5.6) | 5.6ml |
| 9012220 | 22x20 | 7510400 | Medium (5.6) | 5.6ml |
| 9012223 | 22x23 | 7510400 | Medium (5.6) | 5.6ml |
| 9012226 | 22x26 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 9012229 | 22x29 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 9012420 | 24x20 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |
| 9012423 | 24x23 | 7510600 or 7510800 | Large (8.0)* | 8.0ml |

\* May be either the Large (Pre-Cut) or Large II Kit

Each kit contains all the components necessary to prepare the INFUSE® Bone Graft component: the rhBMP-2 which must be reconstituted, sterile water, absorbable collagen sponges, syringes with needles, this package insert and instructions for preparation. The number of each item may vary depending on the size of the kit.

In the event that part of one of these kits becomes unusable during surgery, additional XS and XXS kits are available for replacement purposes. The XS and XXS kits also provide amounts that more closely match the volumes in certain smaller cages (see the XS and XXS package insert for the kit and cage combinations). For instructions on using the XS and XXS kits, please refer to the package insert for these products (7510050 and 7510100).

The rhBMP-2 is provided as a lyophilized powder in vials delivering either 4.2 mg or 12 mg of protein. After appropriate reconstitution, both configurations result in the same formulation and concentration (1.5 mg/ml) of rhBMP-2. The solution is then applied to the provided absorbable collagen sponge(s). The INFUSE® Bone Graft component is prepared at the time of surgery and allowed a prescribed amount of time (no less than 15 minutes) before placement inside of the Medtronic Titanium Threaded Interbody Fusion Device components. The Instructions for Preparation contain complete details on the preparation of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device.

No warranties, express or implied, are made. Implied warranties of merchantability and fitness for a particular purpose or use are specifically excluded.

## INDICATIONS
The INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device is indicated for spinal fusion procedures in skeletally mature patients with degenerative disc disease (DDD) at one level from L2-S1. DDD is defined as discogenic back pain with degeneration of the disc confirmed by patient history and radiographic studies. These DDD patients may also have up to Grade 1 spondylolisthesis or Grade 1 retrolisthesis at the involved level. Patients receiving the INFUSE® Bone Graft/ Medtronic Titanium Threaded Interbody Fusion Device should have had at least six months of nonoperative treatment prior to treatment with the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device. The INFUSE® Bone Graft with the LT-CAGE® Lumbar Tapered Fusion Device is to be implanted via an anterior open or an anterior laparoscopic approach. The INFUSE® Bone Graft with either the INTER FIX™ or the INTER FIX™ RP Threaded Fusion Device is to be implanted via an anterior open approach.

## CONTRAINDICATIONS
- The INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device is contraindicated for patients with a known hypersensitivity to recombinant human Bone Morphogenetic Protein-2, bovine Type I collagen or to other components of the formulation.
- INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device should not be used in the vicinity of a resected or extant tumor, in patients with any active malignancy or patients undergoing treatment for a malignancy.
- INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device should not be used in patients who are skeletally immature (<18 years of age or no radiographic evidence of epiphyseal closure).
- INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device should not be used in pregnant women. The potential effects of rhBMP-2 on the human fetus have not been evaluated.
- The INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device should not be implanted in patients with an active infection at the operative site or with an allergy to titanium or titanium alloy.

## WARNINGS
- In an experimental rabbit study, rhBMP-2 has been shown to elicit antibodies that are capable of crossing the placenta. Reduced ossification of the frontal and parietal bones of the skull was noted infrequently (<3%) in fetuses of rabbit dams immunized to rhBMP-2; however, there was no effect noted in limb bud development. There are no adequate and well-controlled studies in human pregnant women. Women of child bearing potential should be warned by their surgeon of potential risk to a fetus and informed of other possible orthopedic treatments.
- Women of childbearing potential should be advised that antibody formation to rhBMP-2 or its influence on fetal development has not been completely assessed. In the clinical trial supporting the safety and effectiveness of the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device, 2/277 (0.7%) patients treated with INFUSE® Bone Graft component and 1/127 (0.8%) patients treated with autograft bone developed antibodies to rhBMP-2. The effect of maternal antibodies to rhBMP-2, as might be present for several months following device implantation, on the unborn fetus is unknown. Additionally, it is unknown whether fetal expression of BMP-2 could re-expose mothers who were previously antibody positive. Theoretically, re-exposure may elicit a more powerful immune response to BMP-2 with possible adverse consequences for the fetus. However, pregnancy did not lead to an increase in antibodies in the rabbit study. Studies in genetically altered mice indicated that BMP-2 is critical to fetal development and that a lack of BMP-2 activity may cause neonatal death or birth defects. It is not known if anti-BMP-2 antibodies may affect fetal development or the extent to which these antibodies may reduce BMP-2 activity.
- INFUSE® Bone Graft should not be used immediately prior to or during pregnancy. Women of childbearing potential should be advised not to become pregnant for one year following treatment with the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device.
- The safety and effectiveness of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device in nursing mothers has not been established. It is not known if BMP-2 is excreted in human milk.

- The safety and effectiveness of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device, implanted at locations other than the lower lumbar spine, or used in surgical techniques other than anterior open (LT-CAGE®, INTER FIX™, INTER FIX™ RP devices) or anterior laparoscopic (LT-CAGE® device) approaches have not been established.
  - When degenerative disc disease was treated by a posterior lumbar interbody fusion procedure with cylindrical threaded cages (INTER FIX™ devices), posterior bone formation was observed in some instances.
  - When anterior cervical spinal fusions were performed using the INFUSE® Bone Graft component, some cases of edema have been reported within the first post-operative week. In some of these cases, this swelling has been severe enough to produce airway compromise, sometimes requiring emergency surgery.
- The implantation of the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device using an anterior laparoscopic surgical approach is associated with a higher incidence of retrograde ejaculation when compared to implantation using an anterior open surgical approach.
- Inappropriate use of the product, such as preparing it differently than prescribed, compressing the rhBMP-2/ACS implant more than necessary, or overfilling the volume intended for new bone formation, may change the concentration of the rhBMP-2, which may inhibit the ability of the rhBMP-2/ACS to convert to bone and/or cause complications. Such use of the rhBMP-2/ACS implant may result in radiographic evidence of resorption, fluid formation, and/or edema. These findings may be asymptomatic or symptomatic.
- The formation of fluid collections (sometimes encapsulated) in some cases resulted in nerve compression and pain, which may require clinical intervention (aspiration and/or surgical removal) if symptoms persist. Many of these reports have occurred when rhBMP-2/ACS was used in conjunction with unapproved approaches/devices or in a manner inconsistent with the instructions for use.
- While there are currently anecdotal and literature evidence to suggest that volume overfilling and/or hyperconcentration of the rhBMP-2 solution may lead to fluid formation and/or edema, animal models for scientifically evaluating these events do not presently exist. A sheep model developed to test the hypothesis that volume overfilling and/or hyperconcentration of the rhBMP-2 solution results in radiographic evidence of bone resorption has preliminarily been evaluated and appears to be supportive of the hypothesized mechanism.
- Placement of rhBMP-2/ACS can cause initial resorption of trabecular bone that may be transient.
- Nerve compression associated with ectopic bone formation has been reported in patients undergoing spine surgery with rhBMP-2/ACS. Surgical intervention may be required to address the symptoms.

## PRECAUTIONS
### General
- The safety and effectiveness of repeat applications of the INFUSE® Bone Graft component has not been established.
- The INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device should only be used by surgeons who are experienced in spinal fusion procedures and have undergone adequate training with this device, for anterior laparoscopic and/or anterior open procedures.
- Two Medtronic Titanium Threaded Interbody Fusion Device components should be implanted side by side at the surgical level whenever possible.
- The Medtronic Titanium Threaded Interbody Fusion Device components and instruments must be sterilized prior to use according to the sterilization instructions provided in the package insert for that component, unless supplied sterile and clearly labeled as such.
- When using this device at spinal levels between $L_2$ and $L_4$, the potential impact of anatomical structures, e.g., the aorta, on implant placement must be considered.
- The formation of exuberant or ectopic bone growth at the upper lumbar levels ($L_2$-$L_4$) may have a deleterious impact on certain neurovascular structures, e.g., the aorta and sympathetic nerve chain.
- The safety and effectiveness of the device at spinal levels $L_2$-$L_4$ or in patients with up to Grade 1 retrolisthesis has not been established.
- The INFUSE® Bone Graft/ Medtronic Titanium Threaded Interbody Fusion Device is intended for single use only. Discard unused product and use a new device for subsequent applications.
- Prior to use, inspect the packaging, vials and stoppers for visible damage. If damage is visible, do not use the product. Retain the packaging and vials and contact a Medtronic representative.
- Do not use after the printed expiration date on the label.

### Hepatic and Renal Impairment
- The safety and effectiveness of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device in patients with hepatic or renal impairment has not been established. Pharmacokinetic studies of rhBMP-2 indicate that the renal and hepatic systems are involved with its clearance.

### Geriatrics
- Clinical studies of the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device did not include sufficient numbers of patients 65 years and older to determine whether they respond differently from younger subjects.

### Bone Formation
- The safety and effectiveness of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device has not been demonstrated in patients with metabolic bone diseases.
- While not specifically observed in the clinical study, the potential for ectopic, heterotopic or undesirable exuberant bone formation exists.

### Antibody Formation/Allergic Reactions
- The safety and effectiveness of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device has not been demonstrated in patients with autoimmune disease.
- The safety and effectiveness of the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device has not been demonstrated in patients with immunosuppressive disease or suppressed immune systems resulting from radiation therapy, chemotherapy, steroid therapy or other treatments.

### Immunogenicity
- As with all therapeutic proteins, there is a potential for immune responses to be generated to the INFUSE® Bone Graft component. The immune response to the INFUSE® Bone Graft components was evaluated in 349 investigational patients and 183 control patients receiving lumbar interbody fusions.
  - *Anti-rhBMP-2 antibodies:* 2/349 (0.6%) patients receiving the INFUSE® Bone Graft component developed antibodies vs. 1/183 (0.5%) in the control group.
  - *Anti-bovine Type I collagen antibodies:* 18.1% of patients receiving the INFUSE® Bone Graft component developed antibodies to bovine Type I collagen vs. 14.2% of control patients. No patients in either group developed anti-human Type I collagen antibodies.
  - The presence of antibodies to rhBMP-2 was not associated with immune mediated adverse events such as allergic reactions. The neutralizing capacity of antibodies to rhBMP-2 is not known.
- The incidence of antibody detection is highly dependent on the sensitivity and specificity of the assay. Additionally, the incidence of antibody detection may be influenced by several factors including sample handling, concomitant medications and underlying disease. For these reasons, comparison of the incidence of antibodies to the INFUSE® Bone Graft component with the incidence of antibodies to other products may be misleading.

## ADVERSE EVENTS
The INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device was implanted in 288 investigational patients and compared to 139 control patients who received an LT-CAGE® Lumbar Tapered Fusion Device filled with iliac crest autograft. The investigational patients were implanted with the device via either an open anterior surgical approach or a laparoscopic anterior surgical approach. The control patients were implanted only via the open anterior surgical approach.

Adverse event rates presented are based on the number of patients having at least one occurrence for a particular adverse event divided by the total number of patients in that treatment group. Because no control subjects were evaluated at the 48 and 72 month timepoints, the reported events at these timepoints are only from the investigational subjects.

## ADVERSE EVENTS
(INFUSE® Bone Graft/LT-CAGE® Device data combined from all experience with the device)

| Complication | Surgery | | Postoperative (1 day - <4 Weeks) | | 6 Weeks (≥4 Weeks - <9 Weeks) | | 3 Months (≥9 Weeks - <5 Months) | | 6 Months (≥5 Months - <9 Months) | | 12 Months (≥9 Months - <19 Months) | | 24 Months (≥19 Months - <30 Months) | | # of Patients Reporting & Total adverse events | | 48 Months (≥30 Months - <60 Months) Total # (% of 134) total events | 72 Months (≥60 Months - <84 Months) Total # (% of 140) total events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Inves. | Control | Inves. | Control | Inves. | Control | Inves. | Control | Inves. | Control | Inves. | Control | Inves. | Control | Investigational # (% of 288) total events | Control #(% of 139) total events | | |
| Anatomical/Technical Difficulty | 11 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 (3.8) 11 | 3 (2.2) 3 | 0 (0.0) 0 | 0 (0.0) 0 |
| Back and/or Leg Pain | 0 | 0 | 12 | 4 | 11 | 5 | 12 | 5 | 8 | 11 | 20 | 7 | 8 | 11 | 70 (24.3) 78 | 36 (23.0) 32 | 22 (16.4) 23 | 18 (12.9) 21 |
| Cancer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 2 (0.7) 2 | 1 (0.7) 1 | 4 (3.0) 4 | 1 (0.7) 1 |
| Cardio/Vascular | 1 | 0 | 6 | 5 | 5 | 2 | 1 | 3 | 1 | 1 | 4 | 2 | 1 | 1 | 17 (5.9) 20 | 12 (8.6) 14 | 7 (5.2) 7 | 4 (2.9) 4 |
| Death | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 (0.0) 0 | 1 (0.7) 1 | 2 (1.5) 2 | 0 (0.0) 0 |
| Dural Injury | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 (0.0) 0 | 1 (0.7) 1 | 0 (0.0) 0 | 0 (0.0) 0 |
| Gastrointestinal | 1 | 0 | 40 | 22 | 2 | 0 | 5 | 1 | 7 | 5 | 10 | 3 | 7 | 5 | 56 (19.4) 72 | 27 (19.4) 32 | 14 (10.4) 17 | 6 (4.3) 8 |
| Graft Site Related | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 (0.0) 0 | 8 (5.8) 8 | 0 (0.0) 0 | 0 (0.0) 0 |
| Implant Displacement/Loosening | 0 | 0 | 1 | 1 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 (1.7) 5 | 1 (0.7) 1 | 0 (0.0) 0 | 0 (0.0) 0 |
| Infection | 0 | 0 | 19 | 9 | 8 | 4 | 5 | 1 | 0 | 2 | 3 | 0 | 0 | 2 | 36 (12.5) 40 | 16 (11.5) 17 | 4 (3.0) 4 | 3 (2.1) 3 |
| Malpositioned Implant | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 (1.7) 5 | 0 (0.0) 0 | 0 (0.0) 0 | 0 (0.0) 0 |
| Neurological | 0 | 0 | 8 | 5 | 7 | 3 | 5 | 2 | 6 | 8 | 13 | 4 | 6 | 8 | 39 (13.5) 45 | 23 (16.5) 24 | 12 (9.0) 12 | 5 (3.6) 5 |
| Non-Union* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 0 | 1 | 1 | 6 (2.1) 6 | 3 (2.2) 3 | 0 (0.0) 0 | 0 (0.0) 0 |
| Non-Union** | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 1 | 4 | 6 | 1 | 1 | 10 (3.5) 10 | 13 (9.4) 13 | 0 (0.0) 0 | 0 (0.0) 0 |
| Other | 5 | 6 | 18 | 11 | 9 | 2 | 3 | 4 | 20 | 7 | 15 | 8 | 20 | 7 | 64 (22.2) 81 | 37 (26.6) 42 | 22 (16.4) 29 | 17 (12.1) 18 |
| Other Pain | 0 | 0 | 1 | 2 | 1 | 4 | 4 | 2 | 10 | 3 | 11 | 8 | 10 | 3 | 31 (10.8) 36 | 14 (10.1) 1 | 14 (10.4) 19 | 12 (8.6) 13 |
| Respiratory | 0 | 0 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 5 (1.7) 5 | 4 (2.9) 4 | 1 (0.7) 1 | 0 (0.0) 1 |
| Retrograde Ejaculation | 0 | 0 | 5 | 1 | 4 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 11 (7.9)[1] 12 | 1 (1.4)[2] 1 | 0 (0.0) 0 | 0 (0.0) 0 |
| Spinal Event | 0 | 0 | 1 | 2 | 1 | 0 | 6 | 2 | 9 | 2 | 10 | 8 | 9 | 2 | 30 (10.4) 37 | 17 (12.2) 18 | 9 (6.7) 9 | 8 (5.7) 8 |
| Subsidence | 0 | 0 | 3 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 7 (2.4) 7 | 2 (1.4) 2 | 0 (0.0) 0 | 0 (0.0) 0 |
| Trauma | 0 | 0 | 4 | 5 | 5 | 3 | 11 | 7 | 19 | 6 | 28 | 11 | 19 | 8 | 69 (24.0) 81 | 34 (24.5) 39 | 21 (15.7) 23 | 20 (14.3) 22 |
| Urogenital | 0 | 0 | 24 | 5 | 3 | 0 | 2 | 3 | 7 | 2 | 3 | 1 | 7 | 2 | 41 (14.2) 45 | 13 (9.4) 14 | 2 (1.5) 2 | 3 (2.1) 3 |
| Vascular Intra-Op | 15 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 (4.9) 15 | 5 (3.6) 5 | 1 (0.7) 1 | 0 (0.0) 0 |
| Vertebral Fracture | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 (0.3) 1 | 0 (0.0) 0 | 0 (0.0) 0 | 0 (0.0) 0 |
| Any Adverse Event | | | | | | | | | | | | | | | 235 (81.6) | 121 (87.1) | 84 (62.7) | 64 (45.7) |

\*   Non-union adverse events that have not resulted in a second surgery.
\*\*  Non-union adverse events that have resulted in a second surgery.
[1]  Percent of 140 males.
[2]  Percent of 70 males.

The reported rates of several adverse events were high, but similar, in both the investigational and control groups. These events included back and leg pain, neurological events, gastrointestinal events, spinal events, cardiovascular events and infection.

Some of the reported adverse events required surgical interventions subsequent to the initial surgery. The number of subjects requiring a second surgical intervention was 10.4% (30/288) in the investigational groups and 13.7% (19/139) in the control group. The majority of supplemental fixations were due to painful non-union.

Urogenital events occurred with greater frequency in the investigational groups (11.5%) compared to the control group (7%). Retrograde ejaculation rates were greater in the investigational groups (11 subjects) compared to the control group (1 subject) with the majority of events occurring in the early postoperative period.

The incidence of adverse events that were considered device related, including implant displacement/loosening, implant malposition and subsidence were all greater in the investigational groups compared to the control group. The rates of these events were low, however, and may be partially attributed to a learning curve associated with the laparoscopic surgical approach. The rate of non-union requiring secondary surgery in the investigational groups was comparable to that of the control group. One death was reported - a control group subject with cardiovascular disease.

### Potential Adverse Events
The following is a list of potential adverse events which may occur with spinal fusion surgery with the INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device. Some of these adverse events may have been previously reported in the adverse events table or have been reported to the manufacturer:
• Bone fracture.
• Bowel or bladder problems.
• Cessation of any potential growth of the operated portion of the spine. Loss of spinal mobility or function.
• Change in mental status.
• Damage to blood vessels and cardiovascular system compromise.
• Damage to internal organs and connective tissue.
• Death.
• Development of respiratory problems.
• Disassembly, bending, breakage, loosening, and/or migration of components.
• Dural tears.
• Ectopic and/or exuberant bone formation.
• Fetal development complications.
• Foreign body (allergic) reaction.
• Gastrointestinal complications.
• Incisional complications.
• Infection.
• Insufflation complications.
• Neurological system compromise.
• Non-union (or pseudoarthrosis), delayed union, mal-union.
• Postoperative change in spinal curvature, loss of correction, height, and/or reduction.
• Retrograde ejaculation.
• Scar formation.
• Tissue or nerve damage.
• Edema (swelling).
• Inflammation.
• Erythematous tissue.
• Allergic reaction.
• Itching.
• Anaphylactic reaction.
• Elevated erythrocyte sedimentation rate.
• Pain.
• Hematoma.
Note: Additional surgery may be necessary to correct some of these potential adverse events.

### CLINICAL RESULTS
Clinical data to support the safety and effectiveness of the INFUSE® Bone Graft/ LT-CAGE® Lumbar Tapered Fusion Device were collected as part of a prospective, multi-center pivotal study that consisted of randomized and non-randomized arms. The randomized arm contained two groups, one investigational and one control. The control group was implanted with the LT-CAGE® Lumbar Tapered Fusion Device filled with iliac crest autograft bone, while the investigational group was implanted with the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device. In both cases, the surgical approach was an open anterior approach. The non-randomized arm contained only an investigational group, where subjects were implanted with the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device through a laparoscopic anterior approach. The control group from the randomized arm was used as the control for the non-randomized arm.

Neither the investigators nor the subjects were blinded to the treatment. Subject blinding was not possible due to the second surgical site resulting from the need to collect the iliac crest grafts. The potential for investigator bias in the clinical outcome parameters was reduced by having the subjects rate their outcome using objective self-assessments. The radiographic outcome parameters were performed by independent radiologists who were blinded to treatment. These were the only radiographic evaluations used for determining radiographic success.

The indication studied was degenerative disc disease (DDD) accompanied by back pain with or without leg pain at a single level between $L_4$ and $S_1$ confirmed by history and radiographic studies.

### Clinical and radiographic effectiveness parameters
Patients were evaluated preoperatively (within 6 months of surgery), intraoperatively, and postoperatively at 6 weeks, 3, 6, 12 and 24 months and biennially thereafter until the last subject enrolled in the study had been seen for their 24 month evaluation. Complications and adverse events, device-related or not, were evaluated over the course of the clinical trial. At each evaluation timepoint, the primary and secondary clinical and radiographic outcome parameters were evaluated. Success was determined from data collected during the initial 24 months of follow-up. Antibodies to rhBMP-2 and bovine Type I collagen were assessed preoperatively and at 3 months post-operatively. Antibodies to human Type I collagen were assessed if the antibody response to bovine Type I collagen was positive.

Primary and secondary clinical and radiographic effectiveness outcome parameters were evaluated for all treated subjects at all follow-up evaluation timepoints identified above. The primary clinical parameters assessed were of pain, function and neurological status. The secondary clinical outcome parameters assessed were general health status, back and leg pain, donor site pain (control subjects only), patient satisfaction and patient global perceived effect of the treatment. The primary radiographic outcome parameter consisted of evaluations of fusion, while the secondary radiographic assessment was disc height.

Fusion was evaluated at 6, 12 and 24 months post-op using plain radiographs (AP, lateral and flexion/extension films) and high resolution thin-slice CT scans (1mm slices with 1mm index on axial sagittal and coronal reconstructions). Fusion was defined as the presence of bridging bone connecting the inferior and superior vertebral bodies; a lack of motion on flexion/extension (≤ 3mm of translation and < 5° of angulation); and no evidence of radiolucencies over more than 50% of either implant. Fusion success was defined as the presence of all of these parameters plus the lack of a second surgical intervention resulting from a non-union. All assessments were made from the plain films except for the assessment of bridging bone, which was made using the CT scans only if bridging bone could not be visualized on the plain film.

Pain and function were measured using the Oswestry Low Back Pain Disability Questionnaire. Success was defined as a 15 point improvement in the Oswestry score from the pre-op baseline score.

Neurological status consisted of measurements of four parameters – motor, sensory, reflexes, and straight leg raise (SLR). Neurological status success was defined as maintenance or improvement of the pre-op baseline score for each parameter. Overall neurological status required that each individual parameter be a success for that subject to be counted as a success.

### Patient demographics and accountability
A total of 143 open approach investigational and 136 control patients were enrolled in the randomized arm of the study and received the device. A total of 134 subjects were enrolled in the non-randomized arm of the study and received the device. For the majority of the demographic parameters, there were no differences in pre-op demographics across the three populations.

### Surgical results and hospitalization

| Surgical and hospitalization information | | | |
|---|---|---|---|
| | Investigational Open Surgical Approach | Control Open Surgical Approach | Investigational Laparoscopic Surgical Approach |
| mean operative time (hrs) | 1.6* | 2.0 | 1.9 |
| mean EBL (ml) | 109.8* | 153.1 | 146.1 |
| hospitalization (days) | 3.1 | 3.3 | 1.2* |

*statistically different from control

### Clinical and radiographic effectiveness evaluation
Individual subject success was defined as success in each of the primary clinical and radiographic outcome parameters. Success for these parameters included:
1. the presence of radiographic fusion;
2. an improvement of at least 15 points from the baseline Oswestry score;
3. maintenance or improvement in neurological status;
4. the presence of no serious adverse event classified as implant-associated or implant/surgical procedure-associated; and
5. no additional surgical procedure classified as "Failure."

Study success was expressed as the number of individual subjects categorized as a success divided by the total number of subjects evaluated. The table below describes the success rates for the individual primary outcome parameters and overall success. All success rates were based on the data from the 24 month follow-up evaluation and posterior probabilities of success were calculated using Bayesian statistical methods.

| Posterior Probabilities of Success at 24 Months | | | |
|---|---|---|---|
| Primary outcome variable | Investigational Open Surgical Approach Posterior Mean (95% HPD Credible Interval) | Control Open Surgical Approach Posterior Mean (95% HPD Credible Interval) | Investigational Laparoscopic Surgical Approach Posterior Mean (95% HPD Credible Interval) |
| Fusion | 92.8% (88.5%, 96.9%) | 88.1% (82.6%, 99.3%) | 93.0% (87.9%, 97.5%) |
| Oswestry | 71.0% (63.4%, 78.7%) | 70.9% (63.1%, 79.1%) | 83.0% (75.6%, 90.5%) |
| Neurologic | 81.0% (74.5%, 87.9%) | 81.7% (74.9%, 88.7%) | 89.0% (83.1%, 94.8%) |
| Overall success | 57.1% (49.2%, 65.7%) | 56.7% (48.3%, 65.0%) | 68.0% (59.3%, 76.5%) |

The probability (also called the posterior probability) that the 24 month overall success rate for the investigational groups was equivalent to the 24 month success rate for the control group was 99.4% for the open surgical approach investigational group and almost 100% for the laparoscopic surgical approach investigational group.

For a future patient receiving the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device via the open anterior surgical approach, the chance (the predictive probability) of overall success at 24 months would be 57.1% for the open surgical approach. Given the results of the trial, there is a 95% probability that the chance of success ranges from 49.2% to 65.7%. For a future patient receiving the INFUSE® Bone Graft/LT-CAGE® Lumbar Tapered Fusion Device via the anterior laparoscopic surgical approach, the chance of overall success at 24 months would be 68.0%. Given the results of the trial, there is a 95% probability that the chance of success ranges from 59.3% to 76.5%. For a future patient receiving the control treatment, the chance of overall success at 24 months would be 56.7%. Given the results of the trial, there is a 95% probability that the chance of success ranges from 48.3% to 65.0%.

### Safety and immune response evaluation
The assessment of safety consisted of an evaluation of the reported adverse events, as well as an evaluation of antibodies to rhBMP-2, bovine Type I collagen and human Type I collagen. The complete list of complications, adverse events and subsequent interventions is described in the Adverse Events section above. The presence of antibodies was assessed at the pre-op and 3 month post-op visits using ELISA. If there was a positive response to bovine Type I collagen, the serum was also tested for antibodies to human Type I collagen. The screening ELISA cutpoint for positive antibody responses was set to 5 times the standard deviation of sera from normal human donors. Subjects were considered to have an elevated immune response if the preoperative test was negative (titer < 50) and postoperative test was positive (titer ≥ 50) or if the preoperative test was positive and the postoperative test was positive with a three-fold higher titer than the preoperative test.

There were 3 subjects who had positive antibody responses to rhBMP-2 – 1 subject in each of the study groups. The rates of positive antibody response to rhBMP-2 were 0.7% in the open surgical approach investigational group and 0.8% in the laparoscopic surgical approach investigational and open surgical approach control groups. While there is a theoretical possibility that antibodies to rhBMP-2 could neutralize endogenous BMP-2, thereby interfering with subsequent bone healing, this was not observed during the course of the study.

Sixty-six subjects were considered to have an authentic elevated antibody response to bovine Type I collagen - 18 open surgical approach investigational subjects, 32 laparoscopic surgical approach investigational subjects and 16 control subjects. No subjects had positive responses to human Type I collagen.

An evaluation was performed on the impact of a positive antibody response on overall success and fusion success. There was very little difference in overall and individual success when antibody status was taken into consideration.

During the course of the study, 6 pregnancies were reported – one in the control group and five in the investigational groups. Two of the four pregnancies that occurred in the laparoscopic approach group resulted in first trimester miscarriages. The other three pregnancies in the investigational groups resulted in live births with no reported complications. None of the pregnant subjects had antibody responses to rhBMP-2 or Type I collagen (bovine or human), that were detectable to the limits of the sensitivity of the assay.

Two cases of cancer were diagnosed during the course of the pivotal study – one in an investigational group and one in the control group. The investigational subject was found to have pancreatic cancer while a control subject was found to have breast cancer. No additional information is available on these subjects, e.g., BMP-2 receptor expression.

### POST-APPROVAL STUDY
A total of 145 investigational subjects were evaluated out to 6 years (72 months) after the initial surgery in a post-approval study. The patient population was obtained from participants in both the open and laparoscopic arms of the IDE clinical trial. Control subjects from the IDE study were not followed in the post-approval study. Based on criteria from the IDE study, information pertaining to the safety and effectiveness of the product was obtained at four and six years post-implantation, including adverse events, an independent radiographic assessment of fusion, and an assessment of pain and function. The table below summarizes the clinical and radiographic data evaluated during the post approval study, as well as the overall success rate at each timepoint.

| Overall Success Rates – Post Approval Study | | |
|---|---|---|
| Variable | 4-Year Evaluation | 6-Year Evaluation |
| Overall Success | 60.6% (77/127) | 60.4% (84/139) |
| Oswestry Pain Improvement | 81.5% (106/130) | 79.0% (109/138) |
| Fusion | 98.3% (117/119) | 98.5% (128/130) |
| Neurological Status (Maintenance or Improvement) | 73.3% (96/131) | 81.2% (112/138) |

### HOW SUPPLIED
INFUSE® Bone Graft component is supplied in various kit sizes containing all the components necessary to prepare this portion of the device, i.e., the collagen sponge(s), a vial with the lyophilized growth factor, a vial with sterile water for reconstituting the growth factor, syringes and needles. The Medtronic Titanium Threaded Interbody Fusion Device component is supplied in a variety of sizes which must be properly selected based on a specific patient's anatomy.

### STORAGE CONDITIONS
Store the INFUSE® Bone Graft component at room temperature [15 – 30 degrees Centigrade (59 to 86° F)]. The Medtronic Titanium Threaded Interbody Fusion Device component should also be stored at room temperature.

### DOSAGE AND ADMINISTRATION
INFUSE® Bone Graft component is prepared immediately prior to use from a kit containing all necessary components. Once prepared, the INFUSE® Bone Graft component contains rhBMP-2 at a concentration of 1.5 mg/mL.

The size of the INFUSE® Bone Graft component kit and the volume of INFUSE® Bone Graft component to be implanted are determined by the internal volume of the Medtronic Titanium Threaded Interbody Fusion Device components which are utilized. The patient's anatomy will determine the size of the Medtronic Titanium Threaded Interbody Fusion Device components to be used. Surgical technique manuals for the INFUSE® Bone Graft with the specific Medtronic Titanium Threaded Interbody Fusion Devices referenced in this package insert are available and will provide more information on templating to determine the appropriate size Medtronic Titanium Threaded Interbody Fusion Device component.

Only store the components in this INFUSE® Bone Graft kit in the manner described on the package, only mix the components in the manner described in the directions, only add the reconstituted rhBMP-2 to the ACS carrier provided in the manner described, and only use in the quantity and indication specified in the package insert. Any other storage, mixture, or administration may cause unanticipated adverse events.

### DIRECTIONS FOR USE
INFUSE® Bone Graft component is prepared at the time of surgery in the surgical suite by reconstituting the lyophilized rhBMP-2 with sterile water (See Instructions for Preparation), and then uniformly applying the reconstituted rhBMP-2 solution to the ACS. The INFUSE® Bone Graft component is then inserted into the Medtronic Titanium Threaded Interbody Fusion Device component. The complete device is then implanted through an anterior surgical approach (See the Surgical Technique manual). If the INFUSE® Bone Graft component is not used within two hours after reconstitution, it must be discarded.

The INFUSE® Bone Graft component must not be sterilized by the hospital. The Medtronic Titanium Threaded Interbody Fusion Device component, if not supplied sterile, should be sterilized before insertion of the INFUSE® Bone Graft component. Please refer to the specific Medtronic Titanium Threaded Interbody Fusion Device package insert for information on packaging, cleaning/decontamination and sterilization of this component and its instruments.

### PRODUCT COMPLAINTS
Any health care professional (e.g., customer or user of this system of products), who has any complaints or who has experienced any dissatisfaction in the product quality, identity, durability, reliability, safety, effectiveness and/or performance of this product, should notify the distributor or Medtronic. Further, if any of the implanted INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device component(s) ever "malfunction," (i.e., do not meet any of their performance specifications or otherwise do not perform as intended), or are suspected of doing so, the distributor should be notified immediately. If any Medtronic product ever "malfunctions" and may have caused or contributed to the death or serious injury of a patient, the distributor should be notified immediately by telephone, fax or written correspondence. When filing a complaint, please provide the component(s) name and number, lot number(s), your name and address, the nature of the complaint and notification of whether a written report from the distributor is requested.

### DEVICE RETRIEVAL EFFORTS
Should it be necessary to remove an INFUSE® Bone Graft/Medtronic Titanium Threaded Interbody Fusion Device, please call Medtronic prior to the scheduled surgery to receive instructions regarding data collection, including histopathological, mechanical and adverse event information.

©2009 Medtronic Sofamor Danek USA, Inc. All rights reserved.
INFUSE® Bone Graft in combination with LT-CAGE®, INTERFIX™ or INTERFIX™ RP devices incorporate technology developed by Gary K. Michelson, M.D.